IN THE SUPREME COURT OF THE STATE OF NEVADA

TYSON DUMONT CANTY,
Petitioner,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondent.

No. 81910

FILED

OCT 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS

This original pro se petition for a writ of habeas corpus challenges the denial of certain credits toward his sentence.

Petitioner does not allege he previously sought and was denied habeas relief in the district court. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court" in the first instance); *see also* NRS 34.738(1) (a postconviction habeas petition challenging the computation of time served must be filed with the clerk for the district court in the county where the petitioner is incarcerated); *Williams v. Nev., Dep't of Corr.*, 133 Nev. 594, 596, 402 P.3d 1260, 1262 (2017) (a claim that statutory credits are not being properly applied to an inmate's minimum sentence is a challenge to the computation of time served that is properly raised in a postconviction habeas petition).

20-39001

Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1). Accordingly, we

ORDER the petition DENIED.

_Pickering_ , C.J.
Pickering

_Hardesty_ , J.
Hardesty

_Silver_ , J.
Silver

cc:  Tyson Dumont Canty
    Attorney General/Carson City